IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WATSON CARPET & FLOOR COVERING, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:09-cv-487 |
| MOHAWK INDUSTRIES, INC., CARPET DEN, INC., and RICK McCORMICK, | ) Judge Thomas A. Wiseman, Jr. |
| Defendants. | ) |

## ORDER

Plaintiff Watson Carpet and Floor Covering, Inc. ("Watson") filed this action against defendants Mohawk Industries, Inc., Carpet Den, Inc. and Rick McCormick, pursuant to the Clayton Act, 15 U.S.C. § 15, to recover for alleged injuries to its business resulting from the defendants' purported violation of the Sherman Act, 15 U.S.C. § 1 *et seq.*

Now before the Court are (1) defendant Mohawk's Motion to Dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that Watson's claims are barred by the applicable statute of limitations (Doc. No. 14) and (2) the Motion for Summary Judgment or, in the Alternative, Judgment on the Pleadings (Doc. No. 17) filed by defendants Carpet Den and McCormick, asserting that Watson's claims are barred by the express terms of a release executed by Watson in March 2007 and, alternatively, that they are barred by the statute of limitations,

For the reasons set forth in the two separate contemporaneously filed Memorandum Opinions, the Motion to Dismiss (Doc. No. 14) and the Motion for Summary Judgment (Doc. No. 17) are **GRANTED** and this matter **DISMISSED** in its entirety. **Judgment is hereby entered in favor of defendants Mohawk Industries, Carpet Den, and Rick McCormick.**

It is so **ORDERED**.

This is a final judgment for purposes of Fed. R. Civ. P. 58, from which an appeal may lie.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge