# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| WATSON CARPET & FLOOR COVERING, INC., | )<br>)<br>) |
| v. | ) No. 3:09-0487 |
| | ) JUDGE SHARP |
| MOHAWK INDUSTRIES, INC. | )<br>) |

## O R D E R

Pending before the Court is the parties' Joint Motion to Continue Trial and Amend Initial Case Management Order (Docket Entry No. 76).

The Motion is hereby GRANTED . The jury trial scheduled for October 30, 2012 is hereby continued to March 12, 2013 and the final pretrial conference scheduled for October 19, 2012 is continued to February 22, 2013 at 1:30 p.m.

The deadlines for trial-related matters will be addressed in a subsequent Order closer to the trial date.

It is so ORDERED.

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE