ORDER:
Motion granted.

*s/ John S. Bryant*
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WATSON CARPET & FLOOR COVERING, INC. | ) ) ) | |
| Plaintiff, | ) ) | No. 3:09-cv-00487 |
| v. | ) ) | Judge Sharp |
| | ) | Magistrate Judge Bryant |
| MOHAWK INDUSTRIES, INC., | ) ) | |
| Defendant. | ) | |

## MOTION FOR LEAVE TO FILE REPLY BRIEF

Mohawk Industries, Inc. ("Mohawk") moves pursuant to Local Rule 7.01(b) to file a Reply Brief in support of its Motion to Strike the Rebuttal Report of James D. Reitzes. Mohawk filed its motion to strike on July 13, 2012, and Watson responded on July 27, 2012. Because Mohawk believes that the Court would benefit from its concise reply brief, attached hereto, it respectfully requests leave to file.

Respectfully submitted,

s/ Tim Harvey
Timothy L. Warnock (BPR #12844)
Tim Harvey (BPR #21509)
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700 – telephone
(615) 320-3737 – facsimile
twarnock@rwjplc.com
tharvey@rwjplc.com

1