UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WATSON CARPET & FLOOR COVERING, INC., | ) ) ) |
| v. | ) No. 3:09-0487 |
| | ) JUDGE SHARP |
| MOHAWK INDUSTRIES, INC. | ) ) ) |

**O R D E R**

Pending before the Court are several motions in *limine* (Docket Entry Nos. 206, 207, 215, and 235) filed by the defendant. The motions are hereby DENIED at this time, with the right to refile any necessary motions at an appropriate time closer to the trial date.

It is so ORDERED.

*/s/ Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE