UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WATSON CARPET & FLOOR COVERING, INC., ) ) ) | |
| ) | No. 3:09-cv-0487 |
| Plaintiff, ) | |
| v. ) | Judge Sharp |
| ) | Magistrate Judge Bryant |
| MOHAWK INDUSRIES, INC., ) ) | |
| Defendant. ) | |

## ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, *Defendant Mohawk Industries, Inc.'s Motion for Summary Judgment* (Docket Entry No. 116) is hereby DENIED. Furthermore, *Plaintiff's Motion to Ascertain Status* (Docket Entry No. 254) is hereby DENIED as moot.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE